JOHN HARRIS PAER    #1551-0
41 B Kepola Place
Honolulu, Hawaii  96817
Telephone:  (808) 595-7179
Facsimile:  (808) 595-3918
email: paerj001@hawaii.rr.com

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 14 2008
at 7 o'clock and 50 min. A.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT H. BRADFORD, ) | CIVIL NO. 08-00263 DAE-KSC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF DISMISSAL |
| ) | WITH PREJUDICE |
| CHASE BANK USA, N.A., UNITED ) | |
| COLLECTION BUREAU, INC. and ) | |
| TRILEGIANT CORPORATION dba ) | |
| TLG AUTOVANTAGE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, by and through his undersigned attorney and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above action with prejudice. Defendants have not responded. There are no remaining issues and parties.

DATED: Honolulu, Hawaii, October 8, 2008

JOHN HARRIS PAER
Attorney for Plaintiff